Order entered October 3 , 2012



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00587-CV

**BETTER BUSINESS BUREAU OF METROPOLITAN DALLAS, INC., Appellant**

**V.**

**BH DFW, INC., Appellee**

**On Appeal from the 14th District Court
Dallas County, Texas
Trial Court Cause No. DC-12-00921**

## ORDER

The Court has before it appellee's September 27, 2012 fourth motion for enlargement of time to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellee on September 27, 2012 be timely filed as of today's date.

ELIZABETH LANG-MIERS
JUSTICE